In the Matter of the Estate of EDWARD A. SHEARD, Deceased. GRACE SHEARD, Appellant; ALMA THOMAS, Respondent.

Argued May 28, 1951; decided July 11, 1951.

*Leo Otis* for appellant.

*I. Ben Greenman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.